## E. J. Benjamin, Defendant in Error, v. D. D. D. Company, Plaintiff in Error.

### Gen. No. 20,142.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed June 17, 1915.

### Statement of the Case.

Action by E. J. Benjamin against D. D. D. Company for damages sustained by plaintiff as a result of the breach of a contract of employment entered into between plaintiff and defendant. From a judgment for plaintiff, defendant appeals.

ENOS W. SHAW and NINIAN H. WELCH, for plaintiff in error.

VAIL & VETTE, for defendant in error.

Mr. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when findings not disturbed.* Where the trial court, in a trial without a jury, has seen and heard all of the witnesses, the findings of such court upon mere questions of fact, when the testimony is conflicting, will not be disturbed on appeal unless such findings are clearly and manifestly against the weight of evidence.

2. MASTER AND SERVANT, § 50*—*when evidence fails to show promise to give references before employment.* Evidence in an action by a traveling salesman against a wholesale house for breach of a contract of employment, *held* to sustain a finding that the salesman did not make any representations to his employers that he would furnish references as to his being of good and steady habits as a prerequisite to his employment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.